1  WRIGHT, FINLAY & ZAK, LLP
2  Jonathan M. Zak, Esq., SBN 121592
   Giavanna C. DePrima, Esq. SBN: 243455
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA 92660
   (949) 477-5050; Fax: (949) 477-9200 *(Valasquez/Pleadings/Certificate of Service)*
5  jzak@wrightlegal.net
6
7  Attorneys for
   MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.
8
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ANGEL VALASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ANGELA M. BACA, an Individual; S.T. FUNDING; AMERICAN MORTGAGE NETWORK, INC.; NORTHWEST TRUSTEE SERVICES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C08-03818 EMC<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR JUDGE CHEN; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT AND U.S. DISTRICT COURT SAN FRANCISCO INFORMATION SHEET** |

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily

-1-

1  familiar with the practices of Wright, Finlay & Zak, LLP, for collection and
2  processing of correspondence for mailing with the United States Postal Service.
3  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

4  On September 3, 2008, I served the within **ORDER SETTING INITIAL
5  CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
6  STANDING ORDER FOR JUDGE CHEN; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF
7  REGISTRATION INFORMATION HANDOUT AND U.S. DISTRICT
8  COURT SAN FRANCISCO INFORMATION SHEET** on all interested parties in this action as follows:

9  [X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed
10         envelope(s) addressed as follows:

11     Angel Valesquez
12     38020 Old State Road
         Gualala, CA 95445
13     707-884-9510
14     Attorney for Plaintiff in Pro Se

15     Steven K. Linkon, Esq.
16     Routh Crabtree Olsen
       3535 Factoria Blvd. SE, Ste 200
17     Bellevue, WA 98004
18     425-586-1952; fax 425-283-5952
19     Attorneys for Northwest Trustee Services, Inc.

20

21  [X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed
22       on this date following ordinary business practices.
    [ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949)
23       477-9200, complied with California Rules of Court, Rule 2003, and no error
24       was reported by the machine.
25  [ ]  (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and
         correct copies of thereof enclosed in a package designated by Federal
26       Express with the delivery fees provided for.
27  []   (State) I declare under penalty of perjury under the laws of the state of
28       California that the foregoing is true and correct.

-2-

1  [x]   (Federal) I declare under penalty of perjury under the laws of the United
2         States of America that the foregoing is true and correct.
3         Executed on September 3, 2008, at Newport Beach, California.
4
5         _____
          Gretchen Grant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

CERTIFICATE OF SERVICE

WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050
Fax: (949) 477-9200 *(Castaneda/Pleadings/Notice of Entry of Order to Expunge)*

Attorneys for Defendants, AMERICA'S SERVICING COMPANY and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

NORTHEAST DISTRICT

| | |
|---|---|
| SERGIO CASTANEDA AND YUN MATSUBA dba TRUST HOLDING SERVICE CO., as TRUSTEE OF THE DE SANTIS TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S SERVICING CO.; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: PC041940<br><br>**NOTICE OF ENTRY OF ORDER ON MOTION TO EXPUNGE LIS PENDENS**<br><br>Date: August 6, 2008<br>Time: 1:30 p.m.<br>Dept: F 50<br><br>Complaint filed on: 12-19-2007 |

**TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** THAT on August 20, 2008, the Court entered its Order on Defendant America's Servicing Co.'s Motion to Expunge Lis Pendens.

///

///

///

---

1

NOTICE OF ENTRY OF ORDER ON
AMERICA'S SERVICING COMPANY'S MOTION TO EXPUNGE